Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 12−18580−VFP
                Chapter: 13
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dennis C Matthews Jr
   2453 John F. Kennedy Blvd.
   Jersey City, NJ 07304

Social Security No.:
   xxx−xx−4272

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/23/16.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 24, 2016
JJW: rah

                                              James J. Waldron
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 12-18580-VFP
Dennis C Matthews, Jr                                                   Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Aug 24, 2016
                              Form ID: 148             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2016.
db           +Dennis C Matthews, Jr,   2453 John F. Kennedy Blvd.,   Jersey City, NJ 07304-1913
cr           +Ascension Capital Group Attn: Capital One N.A. Dep,   PO BOX 165028,   Irving, TX 75016-5028
512919159    +Amex Dsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
512945041    +Department Stores National Bank/American Express,   Bankruptcy Processing,   Po Box 8053,
               Mason, OH 45040-8053
513688159     JPMorgan Chase Bank, N.A.,   c/o Five Lakes Agency, Inc.,   P.O. Box 80730,
               Rochester, MI  48308-0730
512919168     National Action Financial Services,   PO Box 9027,   Williamsville, NY  14231-9027
512919169     PSE&G Company,   PO Box 14444,   New Brunsiwck, NJ  08906-4444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2016 23:34:25      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2016 23:34:22      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
513214120     EDI: MERRICKBANK.COM Aug 24 2016 23:13:00      Advanta Bank Corporation,
               Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
512919156     EDI: MERRICKBANK.COM Aug 24 2016 23:13:00      Advanta Credit Cards,   PO Box 31032,
               Tampa, FL  33631-3032
513087490     EDI: BECKLEE.COM Aug 24 2016 23:18:00      American Express Centurion Bank,
               c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
512919158    +EDI: AMEREXPR.COM Aug 24 2016 23:18:00      Amex,   AMERICAN EXPRESS SPECIAL RESEARCH,
               Po Box 981540,   El Paso, TX 79998-1540
512919157    +EDI: AMEREXPR.COM Aug 24 2016 23:18:00      Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
512919160    +EDI: BANKAMER.COM Aug 24 2016 23:18:00      Bank Of America, N.a.,   450 American St,
               Simi Valley, CA 93065-6285
512919165     EDI: CITICORP.COM Aug 24 2016 23:18:00      Citi,   ATTN: CENTRALIZED BANKRUPTCY,   Po Box 20507,
               Kansas City, MO  64195
515921648    +EDI: AISACG.COM Aug 24 2016 23:18:00      Capital One N. A.,   c/o Ascension Capital Group,
               P.O. Box 165028,   Irving, TX 75016-5028
515921648    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 25 2016 10:44:42      Capital One N. A.,
               c/o Ascension Capital Group,   P.O. Box 165028,   Irving, TX 75016-5028
512919163    +EDI: CHASE.COM Aug 24 2016 23:18:00      Chase,   CHASE CARD SERVICES,   Po Box 15298,
               Wilmington, DE 19850-5298
512919161    +EDI: CHASE.COM Aug 24 2016 23:18:00      Chase,   Po Box 901039,   Fort Worth, TX 76101-2039
512919162    +EDI: CHASE.COM Aug 24 2016 23:18:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
512919164    +EDI: CITICORP.COM Aug 24 2016 23:18:00      Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
512939096     EDI: DISCOVER.COM Aug 24 2016 23:18:00      Discover Bank,   DB Servicing Corporation,
               PO Box 3025,   New Albany, OH  43054-3025
512919167    +EDI: DISCOVER.COM Aug 24 2016 23:18:00      Discover Fin Svcs Llc,
               ATTENTION:  BANKRUPTCY DEPARTMENT,   Po Box 3025,   New Albany, OH 43054-3025
512919166    +EDI: DISCOVER.COM Aug 24 2016 23:18:00      Discover Fin Svcs Llc,   Po Box 15316,
               Wilmington, DE 19850-5316
512934006     E-mail/Text: ECF@SHERMETA.COM Aug 24 2016 23:34:30      JPMorgan Chase Bank, N.A.,
               c/o Shermeta, Adams & Von Allmen, P.C.,   P.O. Box 80908,   Rochester Hills, MI  48308-0908
512994529    +EDI: OPHSUBSID.COM Aug 24 2016 23:19:00      KEYSTONE RECOVERY PARTNERS LLC, SERIES A,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
513197516     EDI: PRA.COM Aug 24 2016 23:13:00      Portfolio Recovery Associates, LLC,
               c/o Chase Bank Usa, N.a.,   POB 41067,   Norfolk VA 23541
513095791    +E-mail/Text: bankruptcy@pseg.com Aug 24 2016 23:33:26      PSE&G,   PO Box 490,
               Cranford NJ 07016-0490,   Attn: Bankruptcy Dept
                                                                                              TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
512919170*      Advanta Credit Cards,   PO Box 31032,   Tampa, FL  33631-3032
513151488*      American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
512919172*     +Amex,   AMERICAN EXPRESS SPECIAL RESEARCH,   Po Box 981540,   El Paso, TX 79998-1540
512919171*     +Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
512919173*     +Amex Dsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
512919174*     +Bank Of America, N.a.,   450 American St,   Simi Valley, CA 93065-6285
512919179*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Citi,    ATTN: CENTRALIZED BANKRUPTCY,   Po Box 20507,
                Kansas City, MO  64195)
512919177*     +Chase,   CHASE CARD SERVICES,   Po Box 15298,   Wilmington, DE 19850-5298
512919175*     +Chase,   Po Box 901039,   Fort Worth, TX 76101-2039
512919176*     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
512919178*     +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
512919181*     +Discover Fin Svcs Llc,   ATTENTION:  BANKRUPTCY DEPARTMENT,   Po Box 3025,
               New Albany, OH 43054-3025
512919180*     +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
512919182*      National Action Financial Services,   PO Box 9027,   Williamsville, NY  14231-9027
512919183*      PSE&G Company,   PO Box 14444,   New Brunsiwck, NJ  08906-4444
                                                                                   TOTALS: 0, * 15, ## 0

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Aug 24, 2016
                              Form ID: 148             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2016 at the address(es) listed below:
```
          Celine P. Derkrikorian    on behalf of Creditor    Capital One, N.A. njecfmail@mwc-law.com
          Francis P. Cullari    on behalf of Debtor Dennis C Matthews, Jr cullari@comcast.net
          Joshua I. Goldman    on behalf of Creditor    Capital One N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Capital One, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 5
```